# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**629**

**CA 14-01108**

PRESENT: SMITH, J.P., CARNI, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF DWAYNE SINGLETON,
PETITIONER-APPELLANT,

V                                                                                  ORDER

ANTHONY ANNUCCI, ACTING COMMISSIONER, NEW YORK
STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH R. NOWOTARSKI OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ROBERT M. GOLDFARB OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

-----------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Wyoming County
(Michael M. Mohun, A.J.), entered May 14, 2014 in a proceeding
pursuant to CPLR article 78.  The judgment denied the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs as moot (*see Matter of DeJesus v Evans*, 111 AD3d 1340).

Entered:  May 1, 2015                                      Frances E. Cafarell
                                                          Clerk of the Court